FILED'05 OCT 24 09:41 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SILVIA CELAYA CABRERA,

        Petitioner,               Civil No. 05-1294-TC

        v.                           FINDINGS AND
                                              RECOMMENDATION
UNITED STATES OF AMERICA,

        Respondent.

COFFIN, Magistrate Judge.

    Petitioner, an inmate at the Federal Correctional Institution in Dublin, California, filed a petition under 28 U.S.C. § 2241 alleging that her "statutory and due process rights are being violated by the Bureau of Prison's misinterpretation of 18 U.S.C. § 3624(b), which deprives Petitioner of eligibility for the days of good time credit for each year of her term of imprisonment, to which she is statutorily entitled."

1 - FINDINGS AND RECOMMENDATION

A federal prisoner challenging the legality of his or her conviction or sentence must file a motion to vacate sentence in the district of conviction pursuant to 28 U.S.C. § 2255. A federal prisoner challenging the execution of his or her sentence may file a petition for writ of habeas corpus in the district of confinement pursuant to 28 U.S.C. § 2241.

Petitioner in this case is challenging the execution of her sentence under 28 U.S.C. § 2241. Therefore, her petition should be filed in the district of her confinement.

Petitioner's Petition (#1) should be denied without prejudice to petitioner's right to file the petition in the federal district of her confinement. This proceeding should be dismissed.

DATED this 24th day of October, 2005.

_____
Thomas M. Coffin
United States Magistrate Judge