FILED'05 NOV 17 16:06USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SILVIA CELAYA CABRERA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil No. 05-1294-TC ) ORDER |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on October 24, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#1) is denied without prejudice to petitioner's right to file the petition in the federal district of her confinement. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this 17th day of Nov., 2005.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE